IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


ROBERT WALL, #13965-052                                    PETITIONER

VERSUS                              CIVIL ACTION NO. 5:08cv319-DCB-MTP

BRUCE PEARSON, Warden FCI-Yazoo City, et al.        RESPONDENTS


**<u>FINAL JUDGMENT</u>**

This cause is before the Court, <u>sua</u> <u>sponte</u>, for consideration of dismissal.  Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as frivolous and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed with prejudice for this Court's lack of jurisdiction.

SO ORDERED AND ADJUDGED, this the 20th day of January, 2009.


                        _____
                              s/ David Bramlette
                        UNITED STATES DISTRICT JUDGE