IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT WALL, #13965-052                                           PETITIONER

VERSUS                                      CIVIL ACTION NO. 5:08cv319-DCB-MTP

BRUCE PEARSON, et al.                                             RESPONDENTS

ORDER

This matter is before the Court on the Petitioner's pleading entitled "Notice of Appeal; and Motion to Further Reconsider" filed on February 23, 2009. The Notice of Appeal was docketed as document 12 and the Motion for Reconsideration was docketed as document 13. The Motion for Reconsideration [13] is presently before this Court.

In the instant Motion [13], the Petitioner is requesting that this Court reconsider its Order [10] denying the Petitioner's Motion for Reconsideration [7] of the Final Judgment [4] entered in the instant civil action on January 22, 2009. For the reasons set forth in the Order [10] entered on February 11, 2009, the instant Motion for Reconsideration [13] is denied. Accordingly, it is,

ORDERED AND ADJUDGED that Petitioner's Motion [13] for further reconsideration is **denied**.

SO ORDERED AND ADJUDGED this the ___26th___ day of ___February___, 2009.


                                            ___s/ David Bramlette_____
                                            UNITED STATES DISTRICT JUDGE